# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RENTZ, II,<br><br>        Plaintiff,<br>vs.<br><br>T. BOREM, et al,<br><br>        Defendants. | CASE NO. 11cv1623-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 57] |

On January 14, 2014, the parties in the above-captioned matter filed a Joint Motion to Dismiss. The Court **GRANTS** the Joint Motion and dismisses this action with prejudice. The Clerk of Court shall close the case.

**IT IS SO ORDERED**.

DATED: January 8, 2014

*/s/ Michael M. Anello*
Hon. Michael M. Anello
United States District Judge